IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL LAUGHLIN,<br>          Plaintiff,<br><br>      vs.<br><br>MS. PECK, DAVID SMITH, KIRK<br>HENDERSON, EMEKA IBEMERE, SUSAN<br>SENCHAK, SHANNON RANDALL,<br>VALERIE HIEBNER, LT ARYERS,<br>          Defendants. | )<br>)<br>) Civil Action No. 10-213 E<br>)<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>) Re: ECF No. 44<br>) |

## ORDER

AND NOW, this 25th day of March, 2013, upon consideration of the Motion for Summary Judgment submitted on behalf of the Corrections Defendants and the response to the Motion submitted by Plaintiff, and for the reasons set forth in the Opinion filed contemporaneously with this Order, IT IS HEREBY ORDERED that the Motion, [ECF No. 44] is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff wishes to appeal from this Order he or she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P., with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: Daniel Laughlin
     GR-6308
     SCI Mercer
     801 Butler Pike
     Mercer, PA 16137

     All counsel of record via CM/ECF